# IN THE
# UNITED STATES DISTRICT COURT
# FOR
# THE EASTERN DISTRICT OF VIRGINIA
# (ALEXANDRIA DIVISION)

*RAY ELBERT PARKER, PRO SE*   )
                              )
                   Plaintiff  )
                              )
           v.                 )   Civil Action No. 1:19cv422-TSE/JFA
                              )
*SOUTHERN TOWER APARTMENTS*   )
*ET AL.,*                     )
                              )
                   Defendants )
                              )

## MOTION FOR PRESIDENT OF THE UNITED STATES, ATTORNEY GENERAL FOR THE UNITED STATES AND THE DIRECTOR OF THE UNITED STATES MARSHALL SERVICE TO INTERVENE FOR SERVICE OF PROCESS

Plaintiff, *Ray Elbert Parker,* hereby moves the above named parties to intervene in the above case, without prejudice to plaintiff or defendants; or in any way whatsoever affecting the outcome of the case, pursuant to **Rule 4 (a) (b) (c)** and **Rule 4 (m), (c) (3)** of the Federal Rules of Civil Procedure.

The memorandum of points and authorities, notice of hearing, prepared order and certificate of service are attached hereto in support of this motion.

2

Respectfully submitted,

/s/ *Ray Elbert Parker*
Ray Elbert Parker,
Plaintiff pro se

5021 Seminary Road
Suite 725
Alexandria, Virginia 22311
(703) 328 - 1015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
__Alexandria__ DIVISION

__Ray Elbert Parker__
Plaintiff(s),

v.

__Southern Tower Apartments Et Al.,__
Defendant(s).

Civil Action Number: __1:19cv422-TSE/JAF__

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of** __Motion For President of U.S.,__
(Title of Document)

__Attorney General For U.S. +__
__The Director of USMS To__
__Intervene For Service of__
__Process__

__Ray Elbert Parker__
Name of *Pro Se* Party (Print or Type)

__Ray Elbert Parker__
Signature of *Pro Se* Party

Executed on: __April 26, 2019__ (Date)

**OR**

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)