9

# IN THE
# UNITED STATES DISTRICT COURT
# FOR
# THE EASTERN DISTRICT OF VIRGINIA
# (ALEXANDRIA DIVISION)

| | |
|---|---|
| *RAY ELBERT PARKER, PRO SE* ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> *SOUTHERN TOWER APARTMENTS* ) <br> *ET AL.,* ) <br> ) <br> Defendants ) <br> ) <br> _____ ) | Civil Action No. 1:19cv422-TSE/JFA |

## ORDER

Plaintiff's motion for executive branch intervention having come before his honorable court, the defendants' interest having been considered, and oral argument having been waived, it is,

**ORDERED**, that the motion be and the same is hereby, *granted;* and it is,

**FURTHER ORDERED**, that the accompanying order delivered by hand by this Court to the Alexandria USMS office in this courthouse instruct immediate service upon the parties named in the Complaint by plaintiff.

/s/_____
United States District Judge